UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

IN RE:                          )
                                )
JOYCE K. DUNCAN,                )        CASE NO. 17-90401
                                )
DEBTOR.                         )        CHAPTER 13

## AMENDED CHAPTER 13 PLAN

1. The future earnings of the Debtor are submitted to the supervision and control of the Chapter 13 Trustee and the Debtor shall pay to the Trustee the sum of $685.00 per month for a period of 5 months and a the sum of $599.00 per month for a period of 55 months or until completion of the plan. The payments to the Trustee shall total approximately $36,370.00 over the life of the Plan.

2. From the payments so received the Trustee shall make disbursements as follows:

**PRIORITY CLAIMS**:

The following claims are entitled to priority in the following amounts:

a) Attorney Fees (unpaid portion): $2,300.00 - amount shall be paid in monthly payments pursuant to the Standing Order on Standing Order Regarding Attorney Fees for Debtor's Counsel in Chapter 7 and Chapter 13 Cases.

b) The Trustee's fees and expenses as determined by the Attorney General pursuant to 28 U.S.C. 586 (a).

c) The Trustee shall pay all court costs billed to the Trustee by the Clerk of the Bankruptcy Court.

**UNSECURED PRIORITY CLAIMS:**

The following claims are entitled to priority in the following amounts:

NONE.

**SECURED CLAIMS**:

From the payments received the Trustee will pay the following secured creditors.

Citi Financial                Mortgage arrears                    $27,771.56

The total claim for Champaign county Collector for the 2016 property taxes is $1,897.34. This claim shall be paid in full with 12.00% interest by the Chapter 13 Trustee.

The following secured claims will be paid directly by the Debtor beginning with the first post-petition payment due after filing the bankruptcy. Secured creditors to be paid directly may continue to send regular monthly invoices to the Debtor and may otherwise contact/communicate with the Debtor directly concerning all informational matters affecting the normal servicing of any such accounts. To the extent RESPA applies to any Mortgager/Creditor outside of bankruptcy, it will continue to apply during the life of this case.

Citi Financial                Mortgage payment                Paid at contract rate.

The Debtor surrenders any and all rights, title and interest in the following collateral. Any remaining deficiency following the sale of surrendered collateral shall be treated as an unsecured claim, providing that the creditor has filed a timely proof of claim as required by the Federal Rules of Bankruptcy Procedure:

None.

**UNSECURED CLAIMS**:

From the payments received by the Trustee, after payment of priority claims and secured claims, the Trustee should have available approximately $0.00 which will be paid pro rata to unsecured claims.

The Debtor is required to turn over to the Trustee 100% of all federal and state income tax refunds received during the term of this Plan, excepting only any federal income tax refund constituting Earned Income Credit and/or Additional Child Tax Credit. The amount received from each year's tax refund shall automatically increase the total Plan base, by the amount of the refund

The Trustee shall make no payments in a denomination less than $15.00 and is authorized to accumulate funds for creditors in order to not make any payments less than $15.00.

In the event the Debtor's employment changes during the term of this plan, they shall notify the Chapter 13 Trustee within 21 days thereof.

Debtor is not required to turn over to the Trustee any federal and state income tax refunds received during the term of this Plan.

The effective date of this plan will be the date of the Order confirming plan.

                                          Respectfully submitted,
                                          Joyce K. Duncan

September 29, 2017                    By: <u>/s/ Robert Follmer</u>
                                      Attorney for Debtor
                                      OSTLING & ASSOCIATES
                                      201 W. Olive Street
                                      Bloomington, IL 61701
                                      309-827-3030